GIBSON, DUNN & CRUTCHER LLP
ERIC D. VANDEVELDE, SBN 240699
  evandevelde@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

JOSEPH A. GORMAN, SBN 267553
  jgorman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:   415.393.8200
Facsimile:   415.393.8306

*Attorneys for Plaintiff Scale AI, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scale AI, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mercor.io Corporation and Eugene Ling, <br><br> Defendants. | Case No.: 3:25-cv-07402 <br><br> **PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-15, the undersigned counsel of record for Plaintiff Scale AI, Inc. certify that they are not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation. Plaintiff hereby discloses that Meta Platforms, Inc. holds 10% or more of the outstanding shares of Scale AI, Inc. No other parent corporation or any publicly held corporation owns 10% or more of Scale AI, Inc.'s stock.

Plaintiff further discloses that the following listed persons, associations of person, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities, other than the parties themselves, have a significant financial interest in the Plaintiff entity that could be substantially affected by the outcome of this proceeding:

- Alexander Wang
- Accel-XIII L.P.
- Index Ventures VIII (Jersey), L.P.
- Meta Platforms, Inc.

DATED: September 3, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
Eric D. Vandevelde
Ilissa S. Samplin
Joseph A. Gorman

*Attorneys for Plaintiff Scale AI, Inc.*