1  DAVID ALMELING, SBN 235449
   dalmeling@omm.com
2  CHRIS B. PHILLIPS, SBN 330256
   cphillips@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, CA 94111-3823
5  Telephone:    415.984.8700
   Facsimile:    415.984.8701
6
   ERIC AMDURSKY, SBN 180288
7  eamdursky@omm.com
   O'MELVENY & MYERS LLP
8  2765 Sand Hill Road
   1st Floor
9  Menlo Park, CA 94025-7019
   Telephone:    650.473.2600
10 Facsimile:    650.473.2601

11 PATRICK V. PLASSIO (*Pro hac vice forthcoming*)
   pplassio@omm.com
12 O'MELVENY & MYERS LLP
   2801 North Harwood Street
13 Suite 1600
   Dallas, TX 75201-2692
14 Telephone:    972.360.1900
   Facsimile:    972.360.1901
15
   *Attorneys for Defendants Mercor.io*
16 *Corporation and Eugene Ling*

   ERIC D. VANDEVELDE, SBN 240699
   evandevelde@gibsondunn.com
   ILISSA SAMPLIN, SBN 240699
   isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
   Los Angeles, California  90071-3197
   Telephone:    213.229.7000
   Facsimile:    213.229.7520

   JOSEPH A. GORMAN, SBN 267553
   jgorman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   One Embarcadero Center, Suite 2600
   San Francisco, California 94111
   Telephone:    415.393.8200
   Facsimile:    415.393.8306

   *Attorneys for Plaintiff Scale AI, Inc.*

17
18                      **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
19                         **SAN FRANCISCO DIVISION**

20  Scale AI, Inc.,

21          Plaintiff,

22      v.

23  Mercor.io Corporation and Eugene Ling,

24          Defendants.

Case No.: 3:25-cv-07402-AGT

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

Judge:    Alex G. Tse
Date Action Filed:  September 3, 2025

Plaintiff Scale AI, Inc. ("Scale") and Defendants Mercor.io Corporation ("Mercor") and Eugene Ling (together, "Defendants," and together with Scale, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Scale filed the Complaint in the above-entitled Action on September 3, 2025;

WHEREAS, Scale served the Complaint on Defendants on September 5, 2025, making September 26, 2025 the deadline for Defendants to answer or otherwise respond to the Complaint;

WHEREAS, Scale has agreed to extend Defendants' time to answer or otherwise respond to the Complaint to November 10, 2025; and

WHEREAS, this stipulation will not alter any event or deadline already fixed by a Court's order.

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1(a), that: (1) the time for Defendants to answer or otherwise respond to the Complaint is hereby extended to November 10, 2025; and (2) execution of this stipulation is not a waiver of any claims or defenses Scale or Defendants may otherwise have, and all such claims and defenses are expressly reserved by Scale and Defendants.

IS IT SO STIPULATED.

Dated: September 25, 2025                    GIBSON, DUNN & CRUTCHER LLP

/s/ Eric D. Vandevelde
Eric D. Vandevelde
Ilissa Samplin
Joseph A. Gorman

*Attorneys for Plaintiff Scale AI, Inc.*

Dated: September 25, 2025                    O'MELVENY & MYERS LLP

/s/ David Almeling
David Almeling
Eric Amdursky
Patrick V. Plassio
Chris B. Phillips

*Attorneys for Defendants Mercor.io Corporation and Eugene Ling*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that all other signatories to this filing concur in the filing's content and have authorized the filing.

Dated: September 25, 2025          */s/ David Almeling*
                                   David Almeling