UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Scale AI, Inc., | Case No. 3:25-cv-07402-AGT |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER** |
| Mercor.io Corporation and Eugene Ling, | |
| Defendant. | |

On behalf of (party name) Eugene Ling, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

    John Frost (S.B. No. 302134), 415-534-3134, frost@frostlc.com, Frost LC A Law Corporation, 44 Montgomery St., Ste. 300, San Francisco, California 94104

Name(s) of counsel withdrawing from representation and firm name:

    David S. Almeling, Eric Amdursky, Patrick V. Plassio, and Christopher B. Phillips, of O'Melveny and Myers LLP

Date: December 4, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: December 19, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE