GIBSON, DUNN & CRUTCHER LLP
ERIC D. VANDEVELDE, SBN 240699
　evandevelde@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
　isamplin@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

JOSEPH A. GORMAN, SBN 267553
　JGorman@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Plaintiff Scale AI, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Scale AI, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mercor.io Corporation and Eugene Ling, <br><br> Defendants. | Case No.: 3:25-CV-07402-CRB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge:　　　　Charles R. Breyer <br> Date Action Filed: September 3, 2025 |

Plaintiff Scale AI, Inc. and Defendants Mercor.io Corporation and Eugene Ling (collectively, the "Parties"), by and through counsel, have entered into a confidential settlement agreement. The Parties hereby stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED: January 2, 2026                                 GIBSON, DUNN & CRUTCHER LLP

                                                       By: */s/ Eric D. Vandevelde*
                                                           Eric D. Vandevelde
                                                           Ilissa S. Samplin
                                                           Joseph A. Gorman

                                                       *Attorneys for Plaintiff Scale AI, Inc.*


DATED: January 2, 2026                                 O'MELVENY & MYERS LLP

                                                       By: */s/ David Almeling*
                                                           David Almeling
                                                           Christopher B. Phillips
                                                           Eric Amdursky
                                                           Patrick V. Plassio

                                                       *Attorneys for Defendant Mercor.io Corporation*


DATED: January 2, 2026                                 FROST LC, A LAW CORPORATION

                                                       By: */s/ John Frost*
                                                           John Frost

                                                       *Attorney for Defendant Eugene Ling*

## ATTESTATION

I, Eric D. Vandevelde, am the ECF User whose ID and password are being used to file this Stipulation of Voluntary Dismissal with Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories herein.

Dated: January 2, 2026

/s/ *Eric D. Vandevelde*
Eric D. Vandevelde